IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K. SHAHEED,

    Plaintiff,                        No. CIV S-07-0813 MCE GGH P

    vs.

JAMES E. TILTON, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 30, 2007, plaintiff was granted thirty days leave to file a second amended complaint. Plaintiff was re-served with this order. That period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

\\\\\

1

1       These findings and recommendations are submitted to the United States District

2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3 days after being served with these findings and recommendations, plaintiff may file written

4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

7 F.2d 1153 (9th Cir. 1991).

8 DATED:  8/27/07

                                              /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

GGH:035
shah0813.fta